O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5·22·14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

MAY 22 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>T. ALATORRE,<br><br>    Defendant. | Case No. CV13-5279-CAS (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the defendant's Motion to Dismiss is denied; and (2) defendant shall file an Answer to the First Amended Complaint within twenty-one (21) days.

DATED: 5/19/14

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE