O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. TURNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>T. ALATORRE,<br><br>　　　　Defendant. | Case No. CV 13-5279-CAS (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant's Motion for Summary Judgment is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: July 28, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE