JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. TUNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>T. ALATORRE,<br><br>　　　　　Defendant. | Case No.  CV 13-5279-CAS (RNB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 28, 2015

　　　　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE